**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRANDON HURTADO**                                                                          **PLAINTIFF**

**v.**                                          **Case No. 4:22-cv-01225 KGB-ERE**

**CHANCE PANTHER,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition of United States Magistrate Judge Edie R. Ervin (Dkt. No. 4).  Plaintiff Brandon Hurtado has not filed any objections to the Recommended Disposition, and the time for filing objections has passed.  After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's findings in all respects (*Id.*).

It is therefore ordered that:

1.      Mr. Hurtado's complaint is dismissed without prejudice, for failure to state a claim upon which relief may be granted (Dkt. No. 1).

2.      The Court recommends that dismissal of this action constitute a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3.      The Court certifies that an *in forma pauperis* appeal from this Order and Judgment dismissing this action would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So ordered this 13th day of January, 2023.

_____
Kristine G. Baker
United States District Judge