IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON HURTADO**                                                                                    **PLAINTIFF**

v.                          Case No. 4:22-cv-01225 KGB-ERE

**CHANCE PANTHER,** *et al.*                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Brandon Hurtado's complaint is dismissed without prejudice (Dkt. No. 1). The Court denies the relief requested. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in food faith.

So adjudged this 13th day of January, 2023.

_____
Kristine G. Baker
United States District Judge